UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH FERGINS, | CASE NO. CV 12-1989 AGR |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings for the period beginning January 5, 2009, consistent with the Memorandum Opinion and Order.

DATED: December 20, 2012

　　　　　　　　　　　　　　　　　　　 _/s/ Alicia G. Rosenberg_
　　　　　　　　　　　　　　　　　　　　ALICIA G. ROSENBERG
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge