UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEITH FERGINS, | ) | CASE NO. CV 12-1989 AGR |
|               Plaintiff, | ) ) | JUDGMENT |
|    vs. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
|               Defendant. | ) ) | |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff and that this action is remanded to the Commissioner for further proceedings for the period beginning January 5, 2009, consistent with the Memorandum Opinion and Order.

DATED: December 20, 2012

                                                ALICIA G. ROSENBERG
                                                United States Magistrate Judge