```
LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
     1420 E. Cooley Dr., Suite 100
     Colton, California 92324
     Telephone: (909) 796-4560
     Facsimile:  (909) 796-3402
     E-Mail: fed.latour@yahoo.com
```

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| KEITH FERGINS,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner Of Social Security,<br><br>　　Defendant. | No. CV 12-01989 AGR<br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of FOUR THOUSAND DOLLARS AND 00/100 ($4,000.00) subject to the terms of the stipulation.

DATE: February 12, 2013          _____

　　　　　　　　　　　　　　　　HON. ALICIA G. ROSENBERG
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE